# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CASSANDRA MARIE PONDER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00289-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2017 Order.

                                            March 31, 2017

                                            Frank G. Johns, Clerk
                                            United States District Court